WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
ZAPPOS.COM, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GWENDOLYN COVINGTON, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>ZAPPOS.COM, INC., a Delaware corporation,<br><br>                              Defendant. | **Case No. 2:16-cv-00468-JCM-VCF**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-2 and 7-1, Plaintiff GWENDOLYN COVINGTON ("Plaintiff") and Defendant ZAPPOS.COM, INC. ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension of one month to the deadline for Defendant to file a responsive pleading to Plaintiff's First Amended Complaint, up to and including Monday, August 1, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This Stipulation is made in good faith and not for purposes of delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: July 6, 2016                                  Dated: July 6, 2016

THE BOURASSA LAW GROUP                               LITTLER MENDELSON

By: /s/ Trent L. Richards, Esq.                      By: /s/ Kaitlyn M. Burke, Esq.
    MARK J. BOURASSA, ESQ.                               WENDY M. KRINCEK, ESQ.
    TRENT L. RICHARDS, ESQ.                              KAITLYN M. BURKE, ESQ.

   Attorneys for Plaintiff                              Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2016

Firmwide:141357423.1 999999.6640

2.