1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KAITLYN M. BURKE, ESQ., Bar # 13454
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:        702.862.8811
5  Email: wkrincek@littler.com
   Email: kmburke@littler.com
6
   Attorneys for Defendant
7  ZAPPOS.COM, INC.

8                **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11  GWENDOLYN COVINGTON, an
    individual,
12
                    Plaintiff,                    **Case No. 2:16-cv-00468-JCM-VCF**
13
    vs.                                           **STIPULATION AND ORDER FOR**
14                                                **EXTENSION OF TIME TO FILE**
    ZAPPOS.COM, INC., a Delaware                  **DISMISSAL PAPERWORK**
15  corporation,
                                                  **(FIRST REQUEST)**
16                  Defendant.

17

18          Plaintiff   GWENDOLYN   COVINGTON   and   Defendant   ZAPPOS.COM,   INC.

19  ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate that the parties

20  shall have up to and including Wednesday, October 12, 2016 to file dismissal paperwork.  The

21  parties reached a settlement at the Early Neutral Evaluation Conference on August 30, 2016.  The

22  Court ordered that the parties file the Stipulation of Dismissal and Proposed Order by Tuesday,

23  September 27, 2016.  (**ECF No. 23**).

24          An extension of the deadline to file the Stipulation of Dismissal and Proposed Order is

25  necessary because the parties require additional time to complete the terms of the settlement.  They

26  do not anticipate that any court involvement is needed to finalize the settlement.  This extension is

27  sought in good-faith and not for purposes of undue delay.  The parties believe that, absent any

28  unforeseen circumstances, finalization of the settlement and submission of the dismissal paperwork

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  can be accomplished by the requested extended deadline of October 12, 2016.

2  Dated:  September 23, 2016       Dated:  September 23, 2016

3  THE BOURASSA LAW GROUP      LITTLER MENDELSON

4

5  By: /s/ Trent L. Richards, Esq.     By: /s/ Kaitlyn M. Burke, Esq.
     MARK J. BOURASSA, ESQ.     WENDY M. KRINCEK, ESQ.

6       TRENT L. RICHARDS, ESQ.     KAITLYN M. BURKE, ESQ.

7       Attorneys for Plaintiff       Attorneys for Defendant

8

9

10

11  **ORDER**

12  IT IS SO ORDERED.

13

14  _____
     UNITED STATES MAGISTRATE JUDGE

15  DATED: September 23, 2016

16

17  Firmwide:142955253.1 067274.1016

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.