WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
ZAPPOS.COM, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GWENDOLYN COVINGTON, an individual, on behalf of herself and on behalf of all other persons similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZAPPOS.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:16-cv-00468-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　　　Defendant ZAPPOS.COM, INC. ("Defendant" or "Zappos") and Plaintiff GWENDOLYN COVINGTON ("Plaintiff") hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

　　　　/ / /

　　　　/ / /

　　　　/ / /

　　　　/ / /

　　　　/ / /

　　　　/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated:  September 29, 2016                                    Dated:  September 29, 2016

Respectfully submitted,                                        Respectfully submitted,

/s/ Trent L. Richards, Esq.                                    /s/ Kaitlyn M. Burke, Esq.
MARK J. BOURASSA, ESQ.                                         WENDY MEDURA KRINCEK, ESQ.
TRENT L. RICHARDS, ESQ.                                        KAITLYN M. BURKE, ESQ.
THE BOURASSA LAW GROUP                                         LITTLER MENDELSON, P.C.

JEFFREY I. PITEGOFF, ESQ.
MORRIS, SULLIVAN, LEMKUL,
& PITEGOFF, LLC

Attorneys for Plaintiff                                        Attorneys for Defendant
GWENDOLYN COVINGTON                                            ZAPPOS.COM, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 3, 2016

Firmwide:142618677.1 086300.1013

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.